**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA             :
                                     :
       -against-                     :    No. 10 Cr. 1179 (JFK)
                                     :
JOSE MINAYA,                         :        **ORDER**
                                     :
                      Defendant.     :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    Before the Court is a pro se motion by Defendant Jose Minaya for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2).  (ECF No. 83.)  On July 19, 2019, however, Minaya was released from prison. See Find an Inmate, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Apr. 14, 2021).  Accordingly, Minaya's motion is DENIED as moot.

    The Clerk of Court is directed to terminate the motion at ECF No. 83.

**SO ORDERED.**

Dated:  New York, New York
       April 14, 2021
                                                  _John F. Keenan_
                                                John F. Keenan
                                          United States District Judge